BANKERS TRUST COMPANY, as Trustee, etc., Respondent, v. FRANK C. LITTLETON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM C. ATWATER & COMPANY, INC., Appellant, v. PANAMA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.